1 | BRIAN CRONE, State Bar No. 191731
ERICK C. TURNER, State Bar No. 236186
2 | BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
3 | Sacramento, CA  95833
(916) 564-2000
4 | (916) 564-2024 FAX

5

Attorneys for Plaintiff
6 | DESIGN FURNISHINGS, INC.

7

**UNITED STATES DISTRICT COURT**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

10 | DESIGN FURNISHINGS, INC.,            ) Case No. 2:10-cv-02765-WBS-GGH
                                       )
11 |        Plaintiff,                   )
                                       ) **STIPULATION AND [PROPOSED]**
12 | v.                                  ) **ORDER REGARDING PRELIMINARY**
                                       ) **INJUNCTION HEARING AND FILING**
13 | ZEN PATH, LLC, and DOES 1 through 10,) **DEADLINES**
     inclusive,                          )
14 |                                     )
             Defendants.                 )
15 | _____ )

16 | / / /

17 | / / /

18 | / / /

19 | / / /

20 | / / /

21 | / / /

22 | / / /

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

---

1

**STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY INJUNCTION HEARING
AND FILING DEADLINES**

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the Preliminary Injunction hearing currently set for December 6, 2010 before the Honorable William B. Shubb shall be continued to December 20, 2010 at 2:00 p.m. in Courtroom 5 of the above-entitled court. As such, the motion shall be filed on or before November 22, 2010. The opposition shall be filed no later than December 6, 2010, and the reply filed no later than December 13, 2010.

DATED: November 9, 2010        BERRY & BLOCK LLP

By  /s/ *Erick C. Turner, Esq.*
    BRIAN CRONE
    ERICK C. TURNER
    Attorneys for Plaintiff Design Furnishings, Inc.

DATED: November 9, 2010        CISLO & THOMAS, LLP

By  /s/ *Mark D. Nielsen, Esq.*
    MARK D. NIELSEN
    Attorneys for Defendant Zen Path, LLC

**IT IS SO ORDERED.**

Dated: November 9, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

**STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY INJUNCTION HEARING AND FILING DEADLINES**