IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESIGN FURNISHINGS, INC.,

    Plaintiff,

    vs.

ZEN PATH, LLC,

    Defendant.

_____/

ZEN PATH, LLC,

    Counterclaimant,

vs.

DESIGN FURNISHINGS, INC., et al.,

    Counter-Defendants.

_____/

No. CIV S-10-2765 WBS GGH

<u>ORDER</u>

    This court has considered the Parties' Proposed Stipulated Protective Order.

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Parties' Stipulated Protective Order is GRANTED with the following modifications.  The substantive standards set forth by the Ninth Circuit for filing documents under seal are found in <u>Pintos v.</u>

1

1   Pacific Creditors Ass'n., 605 F.3d 665, 678 (9th Cir. 2010) and Phillips v. General Motors Corp.,
2   307 F.3d 1206, 1210 (9th Cir. 2002).  No documents will be sealed unless the requesting party
3   satisfies these standards.
4         Any confidential material filed with the court, sealed or otherwise, will not be
5   returned at the conclusion of the litigation.
6   IT IS SO ORDERED.
7   DATED: May 2, 2011
8                 /s/ Gregory G. Hollows
9                 UNITED STATES MAGISTRATE JUDGE

GGH:076DesignFurn2765.po.wpd