Attorney Identification
(include State Bar number)
Mark D. Nielsen (SBN 210,023)
Attorney(s) for:
Zen Path, LLC

**FILED**

AUG 0 5 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Design Furnishings, Inc. </br>Plaintiff(s) | ) </br>) </br>) | NO. CIV S-   2:10-cv-2765-WBS |
| v. | ) </br>) | STIPULATION AND ORDER TO ELECT </br>REFERRAL OF ACTION TO VOLUNTARY </br>DISPUTE RESOLUTION PROGRAM (VDRP) </br>PURSUANT TO LOCAL RULE 271 |
| Zen Path, LLC, and DOES 1 </br>through 10, inclusive | ) </br>) </br>) | |
| Defendant(s) | ) </br>) | |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: 8/4/11

_____
Attorney(s) for Plaintiff(s)

_____
Attorney(s) for Defendant(s)

IT IS SO ORDERED.

DATED: 8/5/2011

_____
UNITED STATES DISTRICT COURT JUDGE

Rev 12/09