BRIAN CRONE, State Bar No. 191731
ERICK C. TURNER, State Bar No. 236186
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA  95833
(916) 564-2000
(916) 564-2024 FAX
E-mail: bcrone@berryblock.com

Attorneys for Plaintiff/Counter-Defendant, DESIGN FURNISHINGS, INC. and Counter-Defendant, JENNIFER HAYES

MARK D. NIELSEN, State Bar No. 210,023
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, CA 90401
(310) 451-0647
(310) 394-4477
E-mail: mnielsen@cislo.com

Attorneys for Defendant/Counterclaimant, ZEN PATH LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIGN FURNISHINGS, INC. | Case No. 2:10-cv-02765-WBS-GGH |
| Plaintiff, | [Hon. William B. Shubb] |
| v. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL** |
| ZEN PATH, LLC, and DOES 1 through 10, inclusive, | |
| Defendants. | |
| ZEN PATH, LLC, a Nevada limited liability company, | |
| Counterclaimant, | |
| v. | |
| DESIGN FURNISHINGS, INC., a California corporation, JENNIFER HAYES, an individual, and ROES 1-9, inclusive, | |
| Counter-Defendants. | |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff/Counter-Defendant Design Furnishings, Inc., Counter-Defendant Jennifer Hayes, and Defendant/Counter-claimant Zen Path LLC, by and through their attorneys of record, as follows:

1. All of Design Furnishings, Inc.'s claims against Zen Path LLC in this action are dismissed with prejudice;

2. All of Zen Path LLC's counterclaims against Design Furnishings, Inc. and Jennifer Hayes in this action are dismissed with prejudice; and,

2. Each party shall bear its own costs, expenses, and attorneys' fees in connection with this action.

DATED: January 4, 2012                     BERRY & BLOCK LLP

                                           By: s/Brian S. Crone (by permission)
                                               BRIAN SAMUEL CRONE
                                               Attorneys for Design Furnishings, Inc.
                                               and Jennifer Hayes

DATED: January 4, 2012                     CISLO & THOMAS, LLP

                                           By: Mark D. Nielsen
                                               MARK D. NIELSEN
                                               Attorneys for Zen Path LLC

**IT IS SO ORDERED**.

                              Date: January 5, 2012

                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE